PBT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. __21-60_____ |
| v. | : | DATE FILED: __2/25/21_____ |
| TYRONE JELONI DANSBY | : | VIOLATION: |
| | | 18 U.S.C. § 1001(a)(2) (false statements to |
| | : | government officials – 1 count) |
| | : | |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 21, 2020, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**TYRONE DANSBY,**

in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms, and Explosives,

an agency of the executive branch of the United States, knowingly and willfully made materially

false, fictitious, and fraudulent statements and representations, in that defendant DANSBY stated

that he had lawfully sold or traded approximately 60 firearms to seven different federal firearms

licensees, when, as the defendant then knew, this statement and representation was false and

fictitious.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

GRAND JURY FOREPERSON

**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**